FILED

2013 Jul-17  AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

THOMAS JAMES ROBERTS,          )
                               )
            Petitioner         )
                               )
      vs.                      )     Case No. 3:13-cv-01072-RBP-HGD
                               )
WILLIE THOMAS, Warden, and     )
THE  ATTORNEY GENERAL OF       )
THE STATE OF ALABAMA,          )
                               )
            Respondents        )

## MEMORANDUM OPINION

On July 1, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On July 9, 2013, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be dismissed pursuant to 28 U.S.C. § 2244(b)(1) and for failure to comply with 28 U.S.C. § 2244(b)(3)(A).

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 17th day of July, 2013.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE